# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
|    CHEVELLE RAMONT JOHNSON and ) | BK 14-13425-NLJ |
|    ROCHELLE GUEVA JOHNSON, ) | (Chapter 13) |
|       Debtors ) | |

## THE UNITED STATES', FOR ITS AGENCY
## THE INTERNAL REVENUE SERVICE,
## WITHDRAWAL OF OBJECTION (Doc. 18) TO CHAPTER 13 PLAN

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), withdraws its objection (Doc. 18) to the Chapter 13 plan (Doc. 2) as it applies to unfiled federal tax returns:

1. Debtor has provided previously unfiled tax returns. As a result the IRS has filed an amended 3 Proof of Claim on December 11, 2014.

2. Wherefore, the IRS withdraws its objection (Doc. 18) filed on September 11, 2014.

                                              SANFORD C. COATS
                                              United States Attorney

                                              *s/Kay Sewell*
                                              KAY SEWELL, OBA #10778
                                              Assistant U.S. Attorney
                                              210 Park Ave., Suite 400
                                              Oklahoma City, OK 73102
                                              (405) 553-8807 Fax: (405) 553-8885
                                              kay.sewell@usdoj.gov

## CERTIFICATE OF SERVICE

 X   I hereby certify that on December 11, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of Court will transmit a notice of Electronic Filing to the ECF registrants in this case, including:

Tearsa Storms Olson, Esq. John T. Hardeman, Esq.
Attorney for Debtors Chapter 13 Trustee

And those creditors and attorneys who have otherwise entered their appearance.


 /s/*Kay Sewell*
Assistant U.S. Attorney